IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KELVIN BRICE DEES, )<br>   )<br>   Plaintiff, )<br>   )<br>   v.   )<br>   )<br>DRAPER CORRECTIONAL )<br>FACILITY, Administration, )<br>et al., )<br>   )<br>   Defendants. ) | CIVIL ACTION NO.<br>2:15cv895-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging his conditions of confinement in the Draper Correctional Facility segregation unit. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of March, 2017.

                                            /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE